ex A

**From: Freddy Ramirez** <freddy.r@tra.com>
Date: Thu, Jan 19, 2023, 5:31 PM
Subject: TRA
To: <keelygorham@gmail.com>

Hello Ernesto ,

Thank you for taking the time to speak with me today. Having refunds taken, wage garnishments & bank account levie to falling behind on tax payments to the IRS is something that millions of Americans have dealt with at one time or and **are not alone**. Owing money to the IRS can be very intimidating. If you are in this position don't worry and definitely **hope – Tax RELIEF Advocates** will help you reach a favorable agreement with the IRS.

Using proven strategies, we at **Tax RELIEF Advocates** assist you through tax audits, help reduce your tax debt, stop garnishments and bank levies from happening. In most cases, we help settle your tax debts for a small percentage and much, much less than what was originally owed, or better yet reduce them to **nothing at all.**

**We, are your team of tax relief experts**, your dedicated advocate to save you the most money possible - **GUARAN**

Our services come with a **money back guarantee. If Tax RELIEF Advocates** can't save you more than our fee for y assessment we will refund your fee in ful**l**. So we are a **RISK FREE** firm. You can relax knowing we will help you lowe balance or help you get a better understanding of your tax issue with a money back guarantee IE: at no cost to you.

Give me a call directly at the number below or email me back here if you have any questions. Thank you and I look fo working with you and getting this tax debt behind you.

Sincerely,


**Freddy Ramirez**
Resolution Officer
**Visit us on** Google, BBB, & Facebook


--
**Freddy Ramirez**
Settlement Officer
TRA.COM
Main: 1-800-556-5014 Ext. 614
Direct line, Text or Fax: 949-471-0446
**Customer Service line: 1-877-553-0603**

**Mailing Address:**

16808 Armstrong Suite 215

Irvine, CA 92606

