## UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

| | |
|---|---|
| **Keely Gorham**<br>**Plaintiff,**<br><br>v.<br><br>George Nunez, Brad Talley, Lindsay Oglesby, Blake Rottiers, TR Accountants, Inc, and John/Jane Does 1-5<br><br><br>**Defendant** | §<br>§<br>§<br>§<br>§  1:23-cv-10663-wgy<br>§<br>§<br>§<br>§<br>§ |

### Plaintiff's Motion to dismiss with prejudice

1. The Parties have reached a resolution regarding the case before the court and hereby request the case be dismissed with prejudice.

May 18, 2023

Keely Desouza, Plaintiff, 3406 Windsor Woods Canton, MA 02021

5/18/23

# UNITED STATES DISTRICT COURT FOR
# MASSACHUSETTS

| | |
|---|---|
| **Keely Gorham**<br>**Plaintiff,**<br><br>**v.**<br><br>George Nunez, Brad Talley, Lindsay<br>Oglesby, Blake Rottiers, TR Accountants,<br>Inc, and John/Jane Does 1-5<br><br><br>**Defendant** | §<br>§<br>§<br>§  1:23-cv-10663-wgy<br>§<br>§<br>§<br>§<br>§ |



## Certificate of Service

I hereby certify that a true copy of the foregoing has been sent to the parties in this case

May 18, 2023

Keely Desouza, Plaintiff, 3406 Windsor Woods Canton, MA 02021