## UNITED STATES DISTRICT COURT FOR
## MASSACHUSETTS

| | |
|---|---|
| **Keely Gorham**<br>**Plaintiff,**<br><br>v.<br><br>George Nunez, Brad Talley, Lindsay Oglesby, Blake Rottiers, TR Accountants, Inc, and John/Jane Does 1-5<br><br><br>**Defendant** | §<br>§<br>§<br>§  1:23-cv-10663-wgy<br>§<br>§<br>§<br>§<br>§ |

**Order**

The motion is hereby granted/denied

Judge_____

Date_____